Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 05-4546<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| HARLEY HORNE,<br><br>                              Plaintiff,<br><br>              vs.<br><br>PFIZER, INC., et al.,<br><br>                              Defendants. | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, HARLEY HORNE, and Defendants, PFIZER, INC., et al., by
and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),
and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own
attorneys' fees and costs.

DATED: February 17, 2009

LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A.

By:

Peter L. Kaufman
Attorneys for Plaintiffs

DATED: August 6 , 2009

GORDON & REES

By:
/s/

Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 7 2009

Hon. Charles R. Breyer
United States District Court

PL/R 1035934 619963531